| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Midtown Venture Group, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
86-1667362

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1719 W. Kennedy Blvd.<br>Tampa, FL 33606<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hillsborough<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Midtown Venture Group, LLC**　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes. |

District _____　When _____　Case number _____
District _____　When _____　Case number _____

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

Debtor **Midtown Venture Group, LLC**     Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

**■ Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  **Midtown Venture Group, LLC**  
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6.20.2025  
MM / DD / YYYY

X _/s/_  
Signature of authorized representative of debtor

**Cliff Parchmon**  
Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Daniel R. Fogarty  
Signature of attorney for debtor

Date  6.20.2025  
MM / DD / YYYY

**Daniel R. Fogarty**  
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**  
Firm name

**110 E. Madison St., Suite 200**  
**Tampa, FL 33602**  
Number, Street, City, State & ZIP Code

Contact phone  813-229-0144    Email address  dfogarty@srbp.com

**0017532 FL**  
Bar number and State

Aldo DelaCruz
2909 W. Abdella St.
Tampa, FL 33607

APC CS Trust
c/o Archwest Services, LLC
19800 Maarthur Blvd., #1150
Irvine, CA 92612

Christopher Cruz
1719 W. Kennedy Blvd.
Tampa, FL 33606

City of Tampa
2555 E Hanna Ave.
Tampa, FL 33610

Cliff Parchmon
16305 Wild Mallard Dr.
Odessa, FL 33556

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Miami, FL 33146

Fay Servicing, LLC
1601 LBJ Freeway, #150
Dallas, TX 75234

Ghidotti Berger LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

Ghidotti Berger LLP
10800 Biscayne Blvd., #201
Miami, FL 33161

Hillsborough County Tax Collector
2506 N. Falkenburg Rd.
Tampa, FL 33619-0917

Howard Law
4755 Technology Way, #104
Boca Raton, FL 33431

Kopelowitz Ostrow Ferguson
One West Las Olas Blvd., #500
Fort Lauderdale, FL 33301

Newrez, LLC dba Shellpoint Mortgage Svc.

P.O. Box 10826
Greenville, SC 29603

UMB Bank National Assoc., TR for Verus
Securitizaton Aggregation Trust 2024-2
c/o Padgett Law Group
6267 Old Water Oak Rd., #203
Tallahassee, FL 32312

Wilmington Savings Fund Society FSB TR
Aero Non-Performing Mortgage Loan Trust
2019-1
401 S. 1st St., #850
Austin, TX 78704

Wilmington Savings Fund Society, FSB
Trustee for ISV Trust 1A
c/o Ghidotti Berger LLP
10800 Biscayne Blvd., #201
Miami, FL 33161

Wilmington Savings Fund Society, FSB, TR
for Verus Securization Trust 2023-INV3
c/o Padget Law Group
6267 Old Water Oak Blvd., #203
Tallahassee, FL 32312

Wilmington Savings Fund Society, FSB, TR
for Verus Securization Trust 2023-8
c/o Padgett Law Group
6267 Old Water Oak Rd., #203
Tallahassee, FL 32312

Wilmington Savings Fund Society, FSB, TR
Residential Mortgage Aggregation Trust
c/o Burr Forman LLP
201 N. Franklin St., #3200
Tampa, FL 33602

Wilmington Savings Fund Society, FSB, TR
for Verus Securization Trust 2023-INV3
c/o Gilbert Garcia Group, P.A.
2313 W. Violet St.
Tampa, FL 33603